JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone:  (702) 960-4050
Facsimile:   (702) 960-4092
Jordan@TheSchnitzerLawFirm.com

GERALD F. NEAL, ESQ.
Nevada Bar No. 353
GERALD F. NEAL ESQ., LLC
6765 W Charleston Blvd, Suite 130
Las Vegas, NV 89146
Telephone: (702) 380-1234
Facsimile: (702) 380-1292
Geraldfneal@aol.com

*Attorney for Defendant,*
*Kevin Scharringhausen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VENTURE POINT, LLC; KEVIN SCHARRINGHAUSEN; and Does 1 to 100,<br><br>Defendants. | Case No.: 2:20-cv-01783-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF, EVANSTON INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER REGARDING ITS UNDERWRITING FILES** |

COMES NOW, Defendant, KEVIN SCHARRINGHAUSEN ("Scharringhausen"), by and through his counsel of record, The Schnitzer Law Firm and the Law Firm Gerald F. Neal Esq., LLC, and Plaintiff, EVANSTON INSURANCE COMPANY ("Evanston" or "Plaintiff") by and through its counsel of record the law firm Nicolaides Fink Thorpe Michaelides Sullivan LLP and

1

1  Helm & Associates, hereby submit their Stipulation and Order to Extend the briefing deadlines to
2  Plaintiff's Motion for Protective Order Regarding its Underwriting Files (the "Motion") [ECF 30].

WHEREAS, Evanston filed the Complaint for declaratory relief in this action on September 24, 2020 (the "Complaint");

WHEREAS, on March 10, 2021, Evanston filed the Motion;

WHEREAS, Scharringhausen's response to the Motion is currently due on March 24, 2021, and Evanston's reply to the Motion is due on March 31, 2021;

WHEREAS, Scharringhausen requests additional time to prepare its response to the Motion, and Evanston and Scharringhausen therefore agree that additional time is necessary to prepare the opposition and reply papers;

WHEREAS, the Parties agree that Scharringhausen may have an extension of time until March 26, 2021 to respond to the Motion;

WHEREAS, the Parties further agree that Evanston may have a corresponding additional two-day extension of time until April 2, 2021 to file a reply to the Motion;

WHEREAS, Plaintiff and Defendant agree that this stay and extension will serve the interests of the parties and judicial economy;

WHEREAS, this stipulation is not made for the purpose of delay or obstruction but is made in good faith, and the extension will not result in prejudice to any party.

//
//
//
//
//
//
//
//
//
//

THEREFORE, IT IS HEREBY STIPULATED that:

1. SCHARRINGHAUSEN's Response to the Motion shall be extended to March 26, 2021.

2. Evanston's reply to the Motion shall also be extended by two days, until April 2, 2021.

| THE SCHNITZER LAW FIRM | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
|---|---|
| DATED this __24__ day of March 2021 | DATED this __24__ day of March 2021. |
| BY: /s/ Jordan P. Schnitzer, Esq. | BY: /s/ Jeffrey N. Labovitch, Esq. |
| JORDAN P. SCHNITZER, ESQ.<br>Nevada Bar No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148 | JEFFREY N. LABOVITCH, ESQ.<br>Nevada Bar No. 10915<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037 |
| GERALD F. NEAL, ESQ.<br>Nevada Bar No. 353<br>GERALD F. NEAL ESQ., LLC<br>6765 W Charleston Blvd, Suite 130<br>Las Vegas, NV 89146 | KEVIN E. HELM, ESQ.<br>Nevada Bar No. 3432<br>HELM & ASSOCIATES<br>2330 Paseo Del Prado, Suite C103<br>Las Vegas, NV 89102 |
| *Attorneys for Defendant,*<br>*Kevin Scharringhausen* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of March 2021.

_____
UNITED STATES MAGISTRATE JUDGE