1  JORDAN P. SCHNITZER, ESQ.
   Nevada Bar No. 10744
2  THE SCHNITZER LAW FIRM
3  9205 W. Russell Road, Suite 240
   Las Vegas, Nevada 89148
4  Telephone: (702) 960-4050
   Facsimile: (702) 960-4092
5  Jordan@TheSchnitzerLawFirm.com

6  GERALD F. NEAL, ESQ.
   Nevada Bar No. 353
7  GERALD F. NEAL ESQ., LLC
8  6765 W Charleston Blvd, Suite 130
   Las Vegas, NV 89146
9  Telephone: (702) 380-1234
   Facsimile: (702) 380-1292
10 Geraldfneal@aol.com

*Attorney for Defendant,
Kevin Scharringhausen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> VENTURE POINT, LLC; KEVIN SCHARRINGHAUSEN; and Does 1 to 100, <br><br> Defendants. | Case No.: 2:20-cv-01783-KJD-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL EVANSTON [ECF 41] AND MOTION TO QUASH OR MODIFY SUBPOENAS DUCES TECUM TO BURNS & WILCOX ENTITIES AND CHAUNCY INSURANCE [ECF 50]** |

COMES NOW, Defendant, KEVIN SCHARRINGHAUSEN ("Scharringhausen"), by and through his counsel of record, The Schnitzer Law Firm and the Law Firm Gerald F. Neal Esq., LLC, Plaintiff, EVANSTON INSURANCE COMPANY ("Evanston") by and through its counsel of record the law firm Nicolaides Fink Thorpe Michaelides Sullivan LLP and Helm & Associates,

1

Defendant, VENTURE POINT, LLC ("Venture Point") by and through its counsel of record the law firm of Hawkins Melendrez, P.C., BURNS & WILCOX, LTD., BURNS & WILCOX OF ARIZONA, LTD., AND BURNS & WILCOX OF NEVADA, LTD, (collectively "Burns & Wilcox") by and through its counsel of record the law firm of Wolfe and Wyman LLP, and CHAUNCY INSURANCE ("Chauncy") by and through its counsel of record the law firm of Gordon Rees Scully Mansukhani, LLP, hereby submit their Stipulation and Order to continue the Hearing on Motion to Compel Evanston [ECF 41] and Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 50].

WHEREAS, Evanston filed the Complaint for declaratory relief in this action on September 24, 2020 (the "Complaint");

WHEREAS, all briefing on the Motion to Compel Evanston has been completed. On May 3, 2021, Scharringhausen filed the Motion to Compel Evanston [ECF 41]. On May 17, 2021, Evanston Responded to the Motion to Compel Evanston [ECF 46], and on May 24, 2021, Scharringhausen filed his Reply to the Motion to Compel Evanston [ECF 48];

WHEREAS, all briefing on the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance has been completed. On June 4, 2021, Evanston filed the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 50]. On June 10, 2021, Burns & Wilcox filed a Joinder to the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 51]. On June 15, 2021, Chauncy Insurance Filed a Joinder to the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 57]. On June 18, 2021, Scharringhausen Responded to the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF58], and on June 24, 2021, Burns & Wilcox filed their Reply in support of Joinder to the Motion to Quash or Modify Subpoenas Duces Tecum to the Burns & Wilcox Entities and Chauncy Insurance. [ECF 60]. On June 25, 2021, Evanston filed their Reply to the Motion to Quash or Modify Subpoenas Duces Tecum to the Burns & Wilcox Entities and Chauncy Insurance. [ECF 62];

WHEREAS, attorneys for Scharringhausen will be out of state on the date of the Hearing, the Parties agree to continue the Hearing on the Motion to Compel Evanston [ECF 41] and the

2

Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 50] currently scheduled for Monday July 19, 2021, at 1:30 pm to one of the proposed dates below.

- **Monday, August 23, 2021**
- **Tuesday, August 24, 2021**
- **Wednesday, August 25, 2021**
- **Thursday, August 26, 2021**
- **Monday, August 30, 2021**
- **Tuesday, August 31, 2021**

WHEREAS, this stipulation is not made for the purpose of delay or obstruction but is made in good faith, and the continuance will not result in prejudice to any party.

THEREFORE, IT IS HEREBY STIPULATED that:

The Hearing on the Motion to Compel Evanston [ECF 41] and the Motion to Quash or Modify Subpoenas Duces Tecum to Burns & Wilcox Entities and Chauncy Insurance [ECF 50] currently scheduled for Monday July 19, 2021, at 1:30 pm will be continued to the following:

**August 24, 2021 at 10:00 a.m., in Courtroom 3B.**

| THE SCHNITZER LAW FIRM | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
|---|---|
| DATED this _7_ day of July 2021 | DATED this _7_ day of July 2021. |
| BY: /s/ Jordan P. Schnitzer, Esq. | BY: /s/ Jeffrey N. Labovitch, Esq. |
| JORDAN P. SCHNITZER, ESQ. | JEFFREY N. LABOVITCH, ESQ. |
| Nevada Bar No. 10744 | Nevada Bar No. 10915 |
| 9205 W. Russell Road, Suite 240 | 4250 Executive Square, Suite 540 |
| Las Vegas, Nevada 89148 | La Jolla, CA 92037 |
| GERALD F. NEAL, ESQ. | KEVIN E. HELM, ESQ. |
| Nevada Bar No. 353 | Nevada Bar No. 3432 |
| GERALD F. NEAL ESQ., LLC | HELM & ASSOCIATES |
| 6765 W Charleston Blvd, Suite 130 | 2330 Paseo Del Prado, Suite C103 |
| Las Vegas, NV 89146 | Las Vegas, NV 89102 |
| *Attorneys for Defendant, Kevin Scharringhausen* | *Attorneys for Plaintiff* |

| | |
|---|---|
| HAWKINS MELENDREZ, P.C. | WOLFE & WYMAN LLP |
| DATED this  7  day of July 2021 | DATED this  7  day of July 2021. |
| BY: /s/ Martin I. Melendrez, Esq.<br>MARTIN I. MELENDREZ, ESQ.<br>Nevada Bar No. 7818<br>9555 Hillwood Drive, Suite 150<br>Las Vegas, NV 89134<br>*Attorneys for Defendant,*<br>*Venture Point, LLC* | BY: /s/ Jarad D. Beckman, Esq.<br>JARAD D. BECKMAN, ESQ.<br>Nevada Bar No. 12328<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>*Attorneys for Burns & Wilcox, LTD.,*<br>*Burns & Wilcox of Arizona, LTD., and*<br>*Burns & Wilcox of Nevada, LTD.* |

GORDON REES SCULLY
MANSUKHANI, LLP

DATED this  7  day of July 2021.

BY: /s/ Dylan E. Houston, Esq.
DYLAN E. HOUSTON, ESQ.
Nevada Bar No. 13697
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Chauncy Insurance*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the hearing on the Motion to Compel Discovery Responses (ECF No. 41) and Motion to Quash or Modify Subpoenas Duces Tecum to the Burns & Wilcox Entities and Chauncy Insurance (ECF No. 50), currently scheduled for July 19, 2021 shall be continued to August 24, 2021 at 10:00 a.m., in Courtroom 3B.**

**DATED** this 8th day of July 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4